# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 100.1.65.152 | Verizon Online | 2012-03-12 09:14:51 |
| 108.0.100.83 | Verizon Online | 2012-03-14 23:51:48 |
| 108.13.228.232 | Verizon Online | 2011-11-20 23:16:11 |
| 108.14.69.248 | Verizon Online | 2012-04-19 17:39:44 |
| 108.17.130.96 | Verizon Online | 2012-03-21 02:09:25 |
| 108.34.169.23 | Verizon Online | 2011-12-14 15:36:27 |
| 108.38.94.146 | Verizon Online | 2011-12-26 18:24:45 |
| 108.48.10.149 | Verizon Online | 2011-11-08 12:43:27 |
| 108.50.229.252 | Verizon Online | 2012-04-08 00:04:45 |
| 151.196.40.117 | Verizon Online | 2012-04-20 06:14:07 |
| 173.17.195.133 | Mediacom Communications | 2012-03-10 09:49:50 |
| 173.48.237.51 | Verizon Online | 2012-02-08 03:32:00 |
| 173.48.252.230 | Verizon Online | 2012-03-12 18:06:56 |
| 173.48.91.72 | Verizon Online | 2012-01-05 12:20:52 |
| 173.53.59.183 | Verizon Online | 2011-12-08 15:31:31 |
| 173.54.0.73 | Verizon Online | 2011-11-14 19:13:54 |
| 173.60.124.49 | Verizon Online | 2012-03-18 23:29:43 |
| 173.63.249.237 | Verizon Online | 2011-12-12 14:59:12 |
| 173.65.191.79 | Verizon Online | 2011-12-02 07:24:43 |
| 173.67.253.238 | Verizon Online | 2012-04-18 21:32:05 |
| 173.68.59.72 | Verizon Online | 2012-03-23 01:04:46 |
| 173.75.234.7 | Verizon Online | 2012-01-03 04:58:15 |
| 173.76.159.169 | Verizon Online | 2012-04-14 17:31:38 |
| 173.79.121.24 | Verizon Online | 2012-05-09 15:59:32 |
| 173.87.208.141 | Frontier Communications of America | 2012-01-16 17:17:55 |
| 173.89.189.139 | Road Runner | 2012-02-08 00:00:39 |
| 174.109.221.110 | Road Runner | 2012-02-21 03:19:08 |
| 174.134.115.212 | Bright House Networks | 2012-01-11 12:38:44 |
| 174.30.134.246 | Qwest Communications | 2012-04-29 04:50:44 |
| 174.59.142.91 | Comcast Cable Communications | 2012-01-31 06:00:15 |
| 174.97.201.230 | Road Runner | 2012-02-29 22:04:16 |
| 184.91.2.45 | Bright House Networks | 2012-02-17 05:54:29 |
| 208.126.207.118 | Iowa Network Services | 2012-01-27 21:55:02 |
| 208.58.6.8 | RCN Corporation | 2012-04-30 19:19:03 |
| 24.1.22.215 | Comcast Cable Communications | 2012-02-07 03:25:13 |
| 24.118.226.27 | Comcast Cable Communications | 2012-04-16 14:54:03 |
| 24.125.224.229 | Comcast Cable Communications | 2012-04-08 11:39:00 |
| 24.125.41.61 | Comcast Cable Communications | 2012-03-28 20:23:23 |
| 24.136.28.174 | RCN Corporation | 2012-03-12 03:30:47 |
| 24.139.56.68 | Fidelity Communication International | 2012-04-14 14:59:48 |
| 24.14.15.52 | Comcast Cable Communications | 2012-02-15 19:07:38 |
| 24.186.30.82 | Cablevision Systems Corp. | 2012-02-25 05:55:47 |
| 24.19.161.40 | Comcast Cable Communications | 2012-02-29 08:12:23 |
| 24.191.176.49 | Cablevision Systems Corp. | 2012-04-27 15:04:26 |
| 24.197.117.158 | Charter Communications | 2012-05-06 22:56:32 |
| 24.205.12.143 | Charter Communications | 2011-12-21 00:22:22 |
| 24.205.81.212 | Charter Communications | 2012-02-04 12:05:51 |
| 24.21.162.110 | Comcast Cable Communications | 2012-01-17 00:34:53 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 24.245.50.193 | Comcast Cable Communications | 2012-05-02 14:40:55 |
| 24.254.87.28 | Cox Communications | 2012-01-27 20:06:09 |
| 24.5.225.145 | Comcast Cable Communications | 2012-04-12 21:41:25 |
| 24.6.129.220 | Comcast Cable Communications | 2012-01-17 04:52:13 |
| 24.61.229.218 | Comcast Cable Communications | 2012-03-31 22:43:02 |
| 24.74.195.107 | Road Runner | 2012-02-05 05:20:02 |
| 24.8.242.181 | Comcast Cable Communications | 2012-03-07 23:40:34 |
| 50.15.225.163 | Clearwire US LLC | 2012-02-16 06:58:19 |
| 50.27.201.82 | Suddenlink Communications | 2012-04-09 17:16:52 |
| 50.43.37.89 | Frontier Communications of America | 2012-02-04 21:39:20 |
| 50.46.182.242 | Frontier Communications of America | 2012-01-26 11:46:48 |
| 50.47.62.27 | Frontier Communications of America | 2012-04-20 10:37:51 |
| 50.88.49.7 | Bright House Networks | 2012-03-12 10:44:45 |
| 64.121.187.80 | RCN Corporation | 2012-04-23 18:01:09 |
| 64.140.255.152 | WorldPath Internet Services | 2012-03-17 20:34:04 |
| 66.168.61.54 | Charter Communications | 2011-12-02 10:02:35 |
| 66.168.92.168 | Charter Communications | 2011-11-09 09:41:03 |
| 66.176.51.40 | Comcast Cable Communications | 2012-02-04 09:45:43 |
| 66.176.77.233 | Comcast Cable Communications | 2012-03-16 07:24:45 |
| 66.188.213.199 | Charter Communications | 2011-11-13 02:46:06 |
| 66.234.222.70 | Wave Broadband | 2012-03-03 01:59:24 |
| 67.161.151.63 | Comcast Cable Communications | 2012-03-09 05:40:21 |
| 67.165.94.21 | Comcast Cable Communications | 2012-01-27 16:12:27 |
| 67.166.144.154 | Comcast Cable Communications | 2012-02-01 23:55:36 |
| 67.169.2.193 | Comcast Cable Communications | 2012-02-16 02:40:07 |
| 67.169.3.32 | Comcast Cable Communications | 2012-03-08 16:05:07 |
| 67.170.235.174 | Comcast Cable Communications | 2012-01-14 23:53:39 |
| 67.173.92.209 | Comcast Cable Communications | 2012-03-21 07:12:02 |
| 67.235.167.3 | Embarq Corporation | 2012-02-22 03:12:46 |
| 67.5.152.98 | Qwest Communications | 2012-05-10 01:35:08 |
| 67.82.62.129 | Cablevision Systems Corp. | 2012-04-06 01:15:48 |
| 67.86.199.81 | Cablevision Systems Corp. | 2012-04-13 16:24:39 |
| 67.87.23.220 | Cablevision Systems Corp. | 2012-04-09 15:08:07 |
| 68.10.100.14 | Cox Communications | 2012-03-05 18:43:10 |
| 68.104.55.43 | Cox Communications | 2012-04-02 15:15:04 |
| 68.110.4.6 | Cox Communications | 2012-04-25 21:38:17 |
| 68.116.180.184 | Charter Communications | 2011-12-04 01:03:14 |
| 68.117.34.3 | Charter Communications | 2012-04-05 23:55:39 |
| 68.12.123.29 | Cox Communications | 2012-02-16 11:54:29 |
| 68.186.6.20 | Charter Communications | 2012-02-23 06:20:16 |
| 68.189.8.211 | Charter Communications | 2011-11-03 05:16:47 |
| 68.197.195.100 | Cablevision Systems Corp. | 2012-01-16 04:16:05 |
| 68.200.71.77 | Bright House Networks | 2012-03-17 21:19:18 |
| 68.230.44.110 | Cox Communications | 2012-01-18 16:14:13 |
| 68.34.28.109 | Comcast Cable Communications | 2012-01-11 02:07:01 |
| 68.46.119.76 | Comcast Cable Communications | 2012-02-22 17:04:38 |
| 68.51.227.19 | Comcast Cable Communications | 2012-04-17 04:17:58 |
| 68.54.114.222 | Comcast Cable Communications | 2012-01-28 00:11:12 |
| 68.54.218.223 | Comcast Cable Communications | 2012-03-14 09:24:11 |

| IP Address | ISP | Timestamp |
|---|---|---|
| 68.57.17.56 | Comcast Cable Communications | 2012-03-19 11:24:17 |
| 68.58.79.29 | Comcast Cable Communications | 2012-03-21 02:10:25 |
| 68.81.254.128 | Comcast Cable Communications | 2012-02-03 22:58:09 |
| 68.96.110.64 | Cox Communications | 2012-05-05 23:12:27 |
| 68.96.56.151 | Cox Communications | 2012-01-23 03:42:49 |
| 68.98.17.24 | Cox Communications | 2012-04-15 07:16:25 |
| 69.115.165.153 | Cablevision Systems Corp. | 2012-02-23 14:01:10 |
| 69.124.236.212 | Cablevision Systems Corp. | 2012-01-15 13:41:26 |
| 69.138.127.241 | Comcast Cable Communications | 2012-04-29 06:16:40 |
| 69.140.171.168 | Comcast Cable Communications | 2012-01-07 18:12:29 |
| 69.143.124.91 | Comcast Cable Communications | 2012-02-23 22:09:57 |
| 69.243.128.118 | Comcast Cable Communications | 2012-03-29 12:46:12 |
| 69.244.177.91 | Comcast Cable Communications | 2012-04-07 05:21:31 |
| 69.249.240.166 | Comcast Cable Communications | 2012-03-27 02:24:31 |
| 69.80.107.59 | Powerhouse Management | 2012-02-18 02:48:22 |
| 70.135.32.190 | AT&T Internet Services | 2012-01-24 08:36:41 |
| 70.171.46.114 | Cox Communications | 2012-01-13 12:23:08 |
| 70.173.204.46 | Cox Communications | 2012-03-15 07:12:46 |
| 70.178.155.160 | Cox Communications | 2012-05-06 23:16:51 |
| 71.101.181.121 | Verizon Online | 2012-03-02 15:49:44 |
| 71.123.174.35 | Verizon Online | 2012-02-15 18:21:35 |
| 71.15.99.15 | Charter Communications | 2012-01-28 03:11:38 |
| 71.166.38.137 | Verizon Online | 2011-11-04 15:03:19 |
| 71.166.54.254 | Verizon Online | 2012-02-09 05:28:44 |
| 71.177.147.78 | Verizon Online | 2012-01-26 01:32:11 |
| 71.187.38.116 | Verizon Online | 2012-02-06 23:11:59 |
| 71.198.143.42 | Comcast Cable Communications | 2012-04-06 12:18:34 |
| 71.227.173.7 | Comcast Cable Communications | 2012-04-06 01:03:39 |
| 71.227.237.31 | Comcast Cable Communications | 2012-01-23 15:05:21 |
| 71.235.83.57 | Comcast Cable Communications | 2012-01-09 22:37:20 |
| 71.236.135.235 | Comcast Cable Communications | 2012-03-19 09:21:28 |
| 71.240.190.241 | Verizon Online | 2011-12-14 23:18:58 |
| 71.251.171.132 | Verizon Online | 2011-12-04 01:34:01 |
| 71.36.67.183 | Qwest Communications | 2012-01-07 08:23:21 |
| 71.58.95.59 | Comcast Cable Communications | 2012-01-11 17:57:25 |
| 71.86.65.176 | Charter Communications | 2012-01-12 14:57:56 |
| 71.91.114.108 | Charter Communications | 2012-01-24 19:20:48 |
| 72.193.25.101 | Cox Communications | 2012-04-05 23:25:18 |
| 72.197.170.124 | Cox Communications | 2012-03-11 02:37:41 |
| 72.223.43.154 | Cox Communications | 2012-04-06 00:27:57 |
| 72.51.224.104 | New Wave Communications | 2012-01-09 15:19:01 |
| 72.91.15.206 | Verizon Online | 2011-11-19 07:20:07 |
| 72.91.222.141 | Verizon Online | 2011-12-15 13:34:31 |
| 72.91.95.92 | Verizon Online | 2011-12-21 08:31:25 |
| 74.105.8.109 | Verizon Online | 2012-04-12 18:05:23 |
| 74.108.17.191 | Verizon Online | 2011-11-08 01:08:48 |
| 74.110.150.128 | Verizon Online | 2012-02-12 14:19:00 |
| 74.110.61.156 | Verizon Online | 2011-12-22 16:39:52 |
| 74.111.38.96 | Verizon Online | 2012-02-07 04:40:03 |

| | | |
|---|---|---|
| 74.137.69.80 | Insight Communications | 2012-02-29 17:00:52 |
| 74.166.109.162 | BellSouth.net | 2012-01-22 15:52:13 |
| 74.209.8.155 | Yelm Telephone Company | 2012-01-15 03:31:52 |
| 74.235.64.54 | BellSouth.net | 2012-02-14 03:54:11 |
| 74.240.111.61 | BellSouth.net | 2012-01-14 02:48:09 |
| 74.96.221.48 | Verizon Online | 2011-11-30 16:54:39 |
| 74.99.71.156 | Verizon Online | 2011-12-19 16:06:00 |
| 75.139.193.143 | Charter Communications | 2011-12-30 19:29:51 |
| 75.176.137.218 | Road Runner | 2012-02-08 06:08:21 |
| 75.31.107.57 | AT&T Internet Services | 2012-02-19 17:46:23 |
| 75.72.196.116 | Comcast Cable Communications | 2012-03-31 19:42:16 |
| 75.73.89.182 | Comcast Cable Communications | 2012-02-04 19:12:27 |
| 76.103.98.23 | Comcast Cable Communications | 2012-01-09 02:13:17 |
| 76.106.220.207 | Comcast Cable Communications | 2012-04-16 21:40:48 |
| 76.108.16.64 | Comcast Cable Communications | 2012-03-09 04:12:32 |
| 76.120.168.113 | Comcast Cable Communications | 2012-04-12 12:19:16 |
| 76.123.19.121 | Comcast Cable Communications | 2012-02-08 10:55:30 |
| 76.125.89.231 | Comcast Cable Communications | 2012-04-21 14:39:33 |
| 76.17.54.234 | Comcast Cable Communications | 2012-02-22 01:27:42 |
| 76.20.177.33 | Comcast Cable Communications | 2012-02-11 06:50:32 |
| 76.24.65.18 | Comcast Cable Communications | 2012-01-12 11:17:56 |
| 96.227.219.217 | Verizon Online | 2011-11-29 01:20:46 |
| 96.232.163.104 | Verizon Online | 2011-12-04 11:04:10 |
| 96.235.39.166 | Verizon Online | 2012-04-06 18:59:57 |
| 96.236.137.234 | Verizon Online | 2012-04-04 22:20:52 |
| 96.237.185.133 | Verizon Online | 2011-12-14 23:36:06 |
| 96.238.90.148 | Verizon Online | 2012-02-09 01:42:27 |
| 96.242.57.18 | Verizon Online | 2011-12-15 18:26:37 |
| 96.255.14.112 | Verizon Online | 2012-04-07 01:57:26 |
| 96.32.20.94 | Charter Communications | 2011-11-03 22:48:03 |
| 97.102.36.142 | Bright House Networks | 2012-04-13 01:47:37 |
| 97.103.22.61 | Bright House Networks | 2012-05-04 19:04:39 |
| 97.86.9.63 | Charter Communications | 2012-02-18 19:58:45 |
| 97.88.148.22 | Charter Communications | 2011-11-19 22:57:45 |
| 98.109.186.106 | Verizon Online | 2012-05-01 17:50:04 |
| 98.111.140.143 | Verizon Online | 2011-12-21 13:33:31 |
| 98.113.13.73 | Verizon Online | 2012-01-04 16:42:29 |
| 98.114.225.113 | Verizon Online | 2012-01-09 22:59:36 |
| 98.117.218.59 | Verizon Online | 2012-04-05 23:25:18 |
| 98.118.191.182 | Verizon Online | 2012-02-29 05:13:59 |
| 98.192.160.154 | Comcast Cable Communications | 2012-02-08 21:10:49 |
| 98.192.233.113 | Comcast Cable Communications | 2012-04-11 22:40:41 |
| 98.193.174.171 | Comcast Cable Communications | 2012-01-15 21:42:03 |
| 98.204.209.8 | Comcast Cable Communications | 2012-01-17 16:59:43 |
| 98.206.157.65 | Comcast Cable Communications | 2012-02-14 05:24:55 |
| 98.210.206.181 | Comcast Cable Communications | 2012-01-27 18:45:23 |
| 98.213.211.140 | Comcast Cable Communications | 2012-03-18 04:01:11 |
| 98.214.179.177 | Comcast Cable Communications | 2012-03-14 07:47:26 |
| 98.224.243.132 | Comcast Cable Communications | 2012-04-25 20:57:50 |

| | | |
|---|---|---|
| 98.232.137.69 | Comcast Cable Communications | 2012-04-18 23:26:37 |
| 98.235.188.74 | Comcast Cable Communications | 2012-03-10 06:38:03 |
| 98.247.103.130 | Comcast Cable Communications | 2012-03-06 23:46:48 |
| 98.254.142.255 | Comcast Cable Communications | 2012-01-09 00:00:46 |
| 99.102.50.107 | AT&T Internet Services | 2012-05-09 15:14:19 |
| 99.127.219.179 | AT&T Internet Services | 2012-05-07 18:07:37 |
| 99.129.210.205 | AT&T Internet Services | 2012-03-27 11:36:39 |
| 99.39.186.93 | AT&T Internet Services | 2012-01-30 17:07:36 |
| 99.58.2.96 | AT&T Internet Services | 2012-04-16 22:07:18 |