# neustar

Date: 07/08/2012

[REDACTED]
Bethlehem, PA 18018

**Target Details:** IP Address   64.121.187.80   on   04/23/2012 12:00:00 AM

Dear RCN Telecom Services, Inc. Customer:

Neustar is the designated agent of RCN Telecom Services, Inc. authorized to respond to subpoenas, search warrants, and court orders for the production of subscriber records.

It is the policy of RCN Telecom Services, Inc. to notify a subscriber that a subpoena has been received for the subscriber's records.

Accordingly, please be advised that on 07/02/2012 a Civil Proceeding Subpoena Request was received from Paul Duffy, Attorney, Phone # (312)-880-9160.

RCN Telecom Services, Inc. will comply with this subpoena on 07/24/2012 unless we receive legal documents that delay or terminate the process on or before 07/23/2012.

RCN Telecom Services, Inc. is not a party to this lawsuit and has no information about the basis for the subpoena. Any questions you may have about the subpoena itself should be referred to Paul Duffy, Attorney, Phone # (312)-880-9160. If you have a need to contact Neustar about this letter or our procedure, please contact Hank Grablewski at (877) 510-4357. To better enable us to provide prompt assistance, please refer to case # HG1961 when calling.

Sincerely,

*[signature]*

Hank Grablewski
Authorized Agent for Custodian of Records
RCN Telecom Services, Inc.

If you would like to authorize the release of your records immediately, please sign in the space provided below and fax this page to us at (571) 434-3401.

_____        _____
Customer Signature                                              Date

Neustar, Inc.   21575 Ridgetop Circle, Sterling, VA 20166   tel: 877 510-4357   fax: 571 434-3401                   www.neustar.biz